■ In the Matter of SAUL G. NATHAN, Individually, and as President, and on Behalf of All of the Members of the Building Department Inspectors Association, Inc., Appellant, against EDWARD S. SILVER, as District Attorney of Kings County, et al., Respondents.— Appeal from an order dismissing a proceeding to review a determination which directed each of the appellants to prepare and submit financial statements, and for other relief. Appeal dismissed, without costs. Ninety-five of the appellants have already submitted financial statements; the remaining appellant has asked for an extension of time because of illness. Since no actual controversy now exists, there is no necessity for a determination on the merits (Matter of Costello [O'Leary], 268 App. Div. 223). Nevertheless, the merits have been considered, and the order would be affirmed if the appeal were not being dismissed. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ.

■ In the Matter of WM. EDGAR JOHN & ASSOCIATES, INC., Appellant, against ALLISON CHOATE et al., Constituting the Zoning Board of Appeals of the City of Rye, et al., Respondents.— Appeal from an order dismissing the petition in a proceeding to review a determination of the Zoning Board of Appeals of the City of Rye. The determination vacated a special permit that had been issued by the City Clerk of the City of Rye for the construction of what is described in the papers as a "marina". Order unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ.